**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| TERRENCE T. COLER, | ) |
| (TDCJ # 1926647) | ) |
|     Plaintiff, | ) |
| vs. | ) No. 3:14-CV-2613-D |
| | ) |
| TDC MAILROOM CLERK, et al., | ) |
|     Defendants. | ) |

**ORDER**

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted, and this action is dismissed without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute or comply with court orders.

**SO ORDERED**.

September 29, 2014.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE